# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| v. | ) |
| | ) CASE NO: 1:20-MJ-00030 |
| AGUNN421@GMAIL.COM | ) |
| amandaggunn@outlook.com | ) |
| | ) |
| **AMANDA GUNN** | ) |

## GOVERNMENT'S MOTION TO UNSEAL CASE AND RELATED PAPERS

NOW COMES the United States of America, by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal all documents which have been filed in the Southern District of Georgia in docket number 1:20-mj-0030, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-styled matter.

In support of its request, the Government represents to the Court that the investigation of the Defendant will no longer be compromised by the unsealing of said documents, and these materials will be provided to counsel for the Defendant as part of the discovery materials.

Respectfully submitted this 9th day of March 2021.

        DAVID H. ESTES
        ACTING UNITED STATES ATTORNEY

        *s/ Tara M. Lyons*
        Tara M. Lyons
        Assistant United States Attorney
        South Carolina State Bar No.: 16573
        United States Attorney's Office
        Southern District of Georgia
        P.O. Box 2017
        Augusta, Georgia 30903
        T: (706) 826-4532
        tara.lyons@usdoj.gov